# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Josefina Ayala-Felix<br>YOB: 1976; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-07204MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 18, 2021, at or near Sierra Vista, in the District of Arizona, **Josefina Ayala-Felix**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on June 18, 2013, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Josefina Ayala-Felix** is a citizen of Mexico. On June 18, 2013, **Josefina Ayala-Felix** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On April 18, 2021, agents found **Josefina Ayala-Felix** in the United States at or near Sierra Vista, Arizona, without the proper immigration documents. **Josefina Ayala-Felix** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>     Being duly sworn, I declare that the foregoing is<br>LMG2/AJC<br>AUTHORIZED AUSA /s/Liza Granoff<br><br>Sworn by telephone  x | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 20, 2021 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54